# *UNITED STATES DISTRICT COURT*
## *SOUTHERN DISTRICT OF OHIO*

JUDGMENT IN A CIVIL CASE

**REGINALD PURNELL,**

    Petitioner,                                  CASE NO. 2:07-cv-1050
                                                     CRIMINAL NO. 2:05-cr-192
v.                                                 JUDGE MARBLEY
                                                     MAGISTRATE JUDGE KING

**UNITED STATES OF AMERICA,**

    Respondent.

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED That pursuant to the June 4, 2009 Order, the Court ADOPTS the Report and Recommendation, Petitioner's objections are OVERRULED. This action is DISMISSED.

Date: **June 4, 2009**                         **James Bonini, Clerk**

                                                       s/Betty L. Clark
                                                     Betty L. Clark/Deputy Clerk